# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Mark *[signature]*<br><br>　　　　Defendant. | CR09-257<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release)<br>Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

　(A)　(X)　the appearance of defendant as required; and/or

　(B)　( )　the safety of any person or the community.

//

//

The court concludes:

A. (✗) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:
he can abide by court orders
_____
_____
_____
_____

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:
_____
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: 3/19/10

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE