FILED
CLERK, U.S. DISTRICT COURT

MAR 5 2015

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR-09-257-R |
| Plaintiff, | ) | ORDER OF DETENTION |
| v. | ) | (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |
| Mark Anthony Gonzales | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central District** District of **California** for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND & COMMUNITY TIES
- UNKNOWN BAIL RESOURCES
- CURRENT ALLEGATIONS (FAILURE TO REPORT)
- HISTORY OF VIOLATIONS

1

```
 1  and/or
 2  B.   ( )   The defendant has not met his/her burden of establishing by clear and
 3              convincing evidence that he/she is not likely to pose a danger to the
 4              safety of any other person or the community if released under 18
 5              U.S.C. § 3142(b) or (c).  This finding is based on the following:
 6              _____
 7              _____
 8              _____
 9              _____
10
11
12  IT THEREFORE IS ORDERED that the defendant be detained pending the further
13  revocation proceedings.
14
15  Dated: 3/5/15
16                                              HONORABLE DAVID T. BRISTOW
                                                United States Magistrate Judge
```

2