FILED
CLERK, U.S. DISTRICT COURT
JUL 1 3 2018
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARK ANTHONY GONZALES<br><br>　　　　Defendant. | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　(✓)　the appearance of defendant as required; and/or

　　(B)　(✓)　the safety of any person or the community.

//

//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- Prior criminal history

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- previously absconded
- Multiple aliases / SSNs

IT IS ORDERED that defendant be detained.

DATED: July 13, 2018

EDWARD A. INFANTE ~~JOHN E. MCDERMOTT~~
UNITED STATES MAGISTRATE JUDGE